UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 18-20343
                                    HON. DENISE PAGE HOOD

TASHA HARRIS,

    Defendant.
_____/

**ORDER DENYING AS MOOT DEFENDANT'S**
**MOTION FOR RECONSIDERATION [ECF No. 47]**

**I.    Introduction**

On or about April 17, 2020, Defendant Tasha Harris filed an Emergency Motion for Modification of Sentence, requesting that the Court order her early release from prison and institute home confinement due to the COVID-19 pandemic. After that motion was fully briefed, the Court issued an Order denying that motion on July 27, 2020. *See* ECF No. 41. On January 15, 2021, an attorney with the Detroit Federal Community Defender filed a Motion for Reconsideration. ECF No. 47.

Defendant was released from the custody of the Bureau of Prisons on or about January 14, 2022. For that reason, the relief requested in her motion for reconsideration, *i.e.*, early release from prison to serve the balance of her sentence

1

under home confinement, has been rendered moot.

Accordingly,

IT IS ORDERED that Defendant's Motion for Reconsideration, ECF No. 47, is DENIED AS MOOT.

IT IS ORDERED.

Dated: April 28, 2023

s/Denise Page Hood  
DENISE PAGE HOOD  
UNITED STATES DISTRICT JUDGE